# Louisville & Nashville R. R. Co. v. Quinn.

### *Damages.*

(Decided Dec. 21, 1905, 39 So. Rep. 617.)

APPEAL from Bibb Circuit Court.
Heard before Hon. B. M. MILLER.

G. W. JONES and ELLISON & COLLIER, for appellant.
J. M. McMASTER and LOGAN & VANDEGRAFF, for appellee.

ANDERSON, J.—Reversed and remanded on the authority of *L. & N. R. R. Co. v. Quinn, supra.*

TYSON, SIMPSON & DENSON, JJ., concur.

---

# *Ex Parte* Jordan.

### *Application for Appointment as Administrator.*

(Decided Nov. 28, 1905, 39 So. Rep. 618.)

APPEAL from Covington Probate Court.
Heard before Hon. J. M. ROBINSON, JR.

J. F. JONES, for appellant.

POWELL, ALBRITTON & ALBRITTON, *amicus curiae.*

Reversed and remanded.

Opinion by SIMPSON, J.

TYSON, ANDERSON & DENSON, JJ., concur.